Exhibit A

Recibido por: *Sandra Cruz*
Fecha: 1/30/08
Nombre: Sandra Cruz

## FUEL PURCHASE CONTRACT
## LIGHT DISTILLATE NO. 2 FUEL OIL

### CONTRACT 902-14-07
### CAMBALACHE POWER PLANT

AS FIRST PARTY: The Puerto Rico Electric Power Authority, hereinafter referred to as "PREPA", a public corporation and government instrumentality of the Commonwealth of Puerto Rico, created by Act of May 2, 1941, No. 83, as amended, employer's Social Security number 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, represented in this act by its Executive Director, Mr. Jorge Alberto Rodríguez Ruiz, of legal age, married, engineer, and resident of Aguadilla, Puerto Rico.

AS SECOND PARTY: Vitol Inc., hereinafter referred to as "Seller", a corporation organized and existing under the laws of Delaware, authorized to do business in Puerto Rico, Social Security number 20-573-3288, represented in this act by its Director of Latin American Trading, Antonio Maarraoui, of legal age, married, and resident of Houston, Texas, by virtue of document that certifies representative powers dated as of January 8, 2008.

### WITNESSETH

WHEREAS, PREPA issued an Invitation to Bid No. Q-027167 for the supply of light distillate No. 2 fuel oil at Cambalache gas turbine generating station.

WHEREAS, in response to the referred Invitation to Bid, Seller made an offer to supply said fuel.

NOW THEREFORE, in consideration of the premises and of the mutual covenants herein contained, the parties agree as follows:

Case 3:09-cv-02242-PG    Document 9-2    Filed 01/05/2010    Page 2 of 3

Exhibit A

Contract 902-14-07
Cambalache Gas Turbine Generating Station                                    Page 24

this debt; otherwise, Seller accepts that the owed amount be offset by PREPA and retained at the origin, deducted from the corresponding payments.

Seller recognizes that submittal of the aforementioned certifications and documents is an essential condition of this Contract; and even in the case that they are partially incorrect, there will be sufficient cause for PREPA to terminate, cancel or rescind the Contract, and Seller have to refund all payments received.

ARTICLE XXII.    Choice of Law and Venue

The Contract shall be governed by, and construed in accordance with the laws of the Commonwealth of Puerto Rico. Also, the contracting parties expressly agree that only the state courts of Puerto Rico will be the courts of competent and exclusive jurisdiction to decide over the judicial controversies that the appearing parties may have among them regarding the terms and conditions of this Contract.

ARTICLE XXIII.    Change in Law

During the term of this Contract, any change in law, including, but not limited to changes in applicable tax law, which causes an increase in Seller's costs when supplying the products or services to be acquired by PREPA, shall be of Seller's responsibility and PREPA shall not be obliged to make additional payments nor to pay additional sums to the price or canon originally agreed for those products or services.

ARTICLE XXIV.    Contingent Fees

A. Seller warrants that it has not employed any person to solicit or secure the contract upon any agreement for a commission, percentage, brokerage, or contingent fee.




Contract 902-14-07
Cambalache Gas Turbine Generating Station                                    Page 29

ARTICLE XXIX.    Entire Agreement

This Contract constitutes the entire agreement of the parties as to the subject matter; however, should there be any difficulty or differences in understanding, interpreting or applying its terms, the parties shall look for guidance and directives within the terms and conditions of the corresponding Invitation to Bid, Seller's Proposal, and Letter of Award, dated December 28, 2007.

IN WITNESS WHEREOF, the parties hereto have caused this Contract to be duly executed as of ___January 29___, 2008, at San Juan, Puerto Rico.

_____            _____
Jorge Alberto Rodríguez Ruiz                Antonio Maarraoui
Executive Director                          Director of Latin American Trading
Puerto Rico Electric Power Authority        Vitol, Inc.